IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,

     Plaintiff,

v.

PHOENIX SOFTWARE INTERNATIONAL,
INC.,

     Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-665-bbc

---

This action came for consideration before the court with District Judge BARBARA B. CRABB  presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Board of Regents of the University of Wisconsin System against defendant Phoenix Software International, Inc. dismissing Counts 1 and 4 of defendant's counterclaims on the ground that plaintiff enjoys sovereign immunity.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff against defendant granting plaintiff's motion for summary judgment.  The judgment of the Trademark Trial and Appeal Board is reversed with directions to the board to reinstate Registration No. 2,434,630.

_____       11-19-08

     Joel Turner, Acting Clerk            Date