IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BOARD OF REGENTS OF THE UNIVERSITY OF
WISCONSIN SYSTEM,

    Plaintiff and Counterclaim Defendant,

v.

PHOENIX SOFTWARE INTERNATIONAL, INC.,

    Defendant and Counterclaimant.

SCHEDULING ORDER
FOLLOWING REMAND

07-cv-665-bbc

---

On October 6, 2011, this court held a telephonic scheduling conference and set the following dates and deadlines in consultation with counsel:

1. **Answer to Counterclaims: November 10, 2011**

2. **Disclosure of Experts: To be Decided by the Parties**

3. **Settlement Letters**: **August 10, 2012**

4. **Discovery Cutoff**: **August 10, 2012**

5. **Rule 26(a)(3) Disclosures: August 17, 2012**

6. **Bench Trial: September 24, 2012 at 9:00 a.m.**

The parties estimate a three- to five-day trial. Other than these date changes, the February 20, 2008 preliminary pretrial conference order, dkt. 19, remains in effect.

Entered this 6th day of October, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge