IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN
SYSTEM,

                                                              ORDER

               Plaintiff,

                                                       07-cv-665-bbc

    v.

PHOENIX SOFTWARE
INTERNATIONAL, INC.,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have advised the court that they have settled this case. A status conference will be held by telephone on September 26, 2012, at 8:30 a.m. Plaintiff's counsel is to initiate the call. The conference will be canceled if the parties submit final settlement papers before September 26, 2012.

      Entered this 4th day of September, 2012.

                                                BY THE COURT:
                                               /s/
                                               BARBARA B. CRABB
                                               District Judge

Case: 3:07-cv-00665-bbc Document #: 103 Filed: 09/05/12 Page 2 of 2