UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM,

      Plaintiff,

      v.                                          Case No. 07 C 0665 C

PHOENIX SOFTWARE
INTERNATIONAL, INC.

      Defendant.

## STIPULATION FOR DISMISSAL OF
## COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Board of Regents of the University of Wisconsin System, by its attorneys, and Defendant Phoenix Software International, Inc., by its attorneys, hereby stipulate to the dismissal of all claims and counterclaims in this action with prejudice, and to the waiver of all rights of appeal. Each party shall bear its own costs and attorneys' fees in connection with this action and the TTAB cancellation proceeding.

QB\960296.00676\18113836.1

-2-

Dated this 21st day of September, 2012.

/s/ Martha Jahn Snyder
Anthony A. Tomaselli
aat@quarles.com
Kristin Graham Noel
kgn@quarles.com
Martha Jahn Snyder
martha.snyder@quarles.com
QUARLES & BRADY LLP
33 East Main St., Ste. 900
Madison, WI 53703
Tel.: 608.251.5000
Fax: 608.251.9166

*Attorneys for Plaintiff Board of Regents of the University of Wisconsin System*

/s/ Robert W. Dace
Robert W. Dace
Rachel E. Blue
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: 405-235-9621
Facsimile: 405-228-7468
bob.dace@mcafeetaft.com
rachel.blue@mcafeetaft.com

and

Jeffrey A. McIntyre
WHYTE HIRSCHBOECK DUDEK S.C.
33 East Main Street
Suite 300
Madison, Wisconsin 53703
Telephone: (608) 255-4440
Facsimile: (608) 258-7138

*Attorneys for Defendant Phoenix Software International, Inc.*

QB\960296.00676\18113836.1

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2012, I filed the foregoing Stipulation for Dismissal of Complaint and Counterclaims with Prejudice with the clerk via the CM/ECF system, which will send notice of such filing to all counsel of record.

September 21, 2012                             */s/ Martha Jahn Snyder*
                                                            Martha Jahn Snyder

QB\960296.00676\18113836.1